**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| KENNEBEC TAVERN, INCORPORATED,<br>*Plaintiff*,<br><br>v.<br><br>MIDDLESEX MUTUAL ASSURANCE COMPANY, a/k/a MIDDLEOAK,<br>*Defendant*. | Case No.: 2:13-00392-DBH |

**DEFAULT JUDGMENT BY THE CLERK**

Default having been entered, and it appearing by affidavit that the Plaintiff's claim is for a sum certain or which can be made certain by computation; that the Defendant is not a minor or incompetent person; that the Defendant is not in the military; and that venue and jurisdiction is properly laid in this Court; judgment is hereby entered for the Plaintiff, KENNEBEC TAVERN, INCORPORATED for the sum of $199,082.10, plus interest as allowed by law.

CHRISTA K. BERRY, CLERK

By:

/s/ Melody Whitten
Melody Whitten
Deputy Clerk

Dated: June 24, 2014