# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KENNEBEC TAVERN, INCORPORATED,   )<br>  )<br>     Plaintiff   )<br>  )<br>v.             )<br>  )<br>MIDDLESEX MUTUAL ASSURANCE   )<br>COMPANY, a/k/a MIDDLEOAK, )<br>  )<br>     Defendant  )  | Case No. 2:13-cv-00392-DBH |

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties to this action hereby stipulate to the dismissal, with prejudice and without costs, of all claims asserted in this action.

Dated at Portland, Maine this 20th day of August, 2014

          */s/ Gerald B. Schofield, Jr.*
          Gerald B. Schofield, Jr., Esq., Bar No. 4454
          *Counsel for Plaintiff Kennebec Tavern, Incorporated*
          Hopkinson & Abbondanza, P.A.
          511 Congress Street, Suite 801
          Portland, ME  04101
          (207) 772-58456
          gschofield@hablaw.com

          */s/ Sigmund D. Schutz*
          Sigmund D. Schutz, Esq., Bar No. 8549
          John J. Cronan, III, Esq., Bar No. 4639
          *Counsel for Defendant, Middlesex Mutual*
          *Assurance Company*
          Preti Flaherty Beliveau & Pachios LLP
          One City Center
          P.O. Box 9546
          Portland, Maine 04112-9546
          (207) 791-3000
          sschutz@preti.com
          jcronan@preti.com

And

OF COUNSEL:
Kim Tran Britt, L.S.B.#. 24896
NIELSEN, CARTER & TREAS, L.L.C.
3838 N. Causeway Blvd. Suite 2850
Metairie, LA 70002

7144265.1

## CERTIFICATE OF SERVICE

I, Sigmund D. Schutz, attorney for Defendant Middlesex Mutual Assurance Company, hereby certify that on this day, I electronically filed the Voluntary Stipulation of Dismissal in this matter using the ECF filing system, which will send notice of electronic filing, as follows:

>  Gerald B. Schofield, Jr., Esq.
>  Hopkinson & Abbondanza
>  511 Congress St., Suite 801
>  Portland, ME 04101
>  Tel: (207) 772-5845
>  Fax: (207) 874-2330
>  gschofield@hablaw.com

Dated at Portland, Maine this 20th day of August, 2014.

> /s/ Sigmund D. Schutz
> Sigmund D. Schutz, Esq., Bar No. 8549
> John J. Cronan, III, Esq., Bar No. 4639
> Attorneys for Defendant Middlesex Mutual
> Assurance Company

PRETI FLAHERTY
One City Center
P.O. Box 9546
Portland, Maine 04112-9546
(207) 791-3000
sschutz@preti.com
jcronan@preti.com